U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 3 1 2006

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

JOHN BARRY STROTHER

VS

WARDEN, WADE CORRECTIONAL CENTER

CIVIL ACTION NO. 5:05CV1042
JUDGE HICKS
MAG. JUDGE HORNSBY

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

**X**    The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___    ~~The certificate of appealability is GRANTED for the below reasons:~~

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Shreveport, LA, this 31st day of January, 2006

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE